# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| North Carolina A. Philip Randolph Institute, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 20-cv-876 |
| North Carolina State Board of Elections, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs North Carolina A. Philip Randolph Institute and Action NC.

Date: 10/21/2020

/s/ Mitchell D. Brown
*Attorney's signature*

Mitchell D. Brown, NC 56122
*Printed name and bar number*
1415 W. NC Hwy. 54, Suite 101
Durham, NC 27707

*Address*

mitchellbrown@scsj.org
*E-mail address*

919-323-3380 ext. 116
*Telephone number*

919-323-3942
*FAX number*