# Exhibit 3: Proposed Order Granting Motion to Amend

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE, and ACTION NC,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; STELLA ANDERSON, in her official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; JEFF CARMON III, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; and JOSH STEIN, in his official capacity as ATTORNEY GENERAL OF THE STATE OF NORTH CAROLINA,<br><br>　　Defendants. | Civil Action No.<br>1:20-cv-00876 |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

This matter is before the Court on Plaintiffs' Motion to Amend the Complaint. For good cause shown, Plaintiffs' Motion is GRANTED and Defendants' Motion to Dismiss is DENIED AS MOOT, without prejudice to Defendants refiling a subsequent motion to

dismiss pursuant to the Federal Rules of Civil Procedure and the Local Rules.

SO ORDERED this ___ day of December, 2020.

_____
HON. JOE L. WEBSTER
UNITED STATES MAGISTRATE JUDGE