# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA A. PHILIP
RANDOLPH INSTITUTE and ACTION NC,

     v.                                     Case Number: 1:20CV876

THE NORTH CAROLINA STATE
BOARD OF ELECTIONS, et al.

# NOTICE OF VIDEO CONFERENCE HEARING

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

| | |
|---|---|
| PLACE: | **John Hervey Wheeler Bldg., 323 E. Chapel Hill St., Durham, NC** |
| COURTROOM NO: | **Second Floor Courtroom** |
| DATE & TIME: | **January 12, 2022 -10:00 a.m.** |
| PROCEEDING: | **Hearing on all pending Motions.** |

The operation of any video or audio recording device by any lawyer, litigant, participant, or observing member of the press or public is prohibited during this proceeding. With the exception of authorized Court personnel, any person remotely participating in, or listening to, this proceeding may not record, or cause to be recorded, any such proceeding. Furthermore, no person participating in, or listening to this proceeding may rebroadcast, live-stream, or otherwise disseminate any live or recorded audio or video of the court proceeding. Counsel shall advise all participants and observers of this prohibition.

**The parties are instructed to meet and confer and file a status report with the Court no later than Monday, January 10, 2022 at 12:00pm regarding whether any issues in relation to any pending motions have been resolved.**

---

John S. Brubaker, Clerk

By: /s/ Donita M. Kemp,  Deputy Clerk

Date:   December 17, 2021

TO:     ALL COUNSEL AND/OR PARTIES OF RECORD