# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE and ACTION NC,<br><br>Plaintiffs,<br><br>v.<br><br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,<br><br>Defendants. | Civil Action No. 1:20-cv-00876<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's December 17, 2021 Order, the parties jointly report on the status of efforts to resolve issues in connection with the pending Motion to Intervene by Philip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, and Timothy K. Moore, in his official capacity as Speaker of the North Carolina House of Representatives (Dkt. # 44-45); and the pending Motion to Dismiss by the District Attorney Defendants (Dkt. # 46-47), as follows:

1. Counsel for all parties met and conferred on Tuesday, January 4, 2022.

2. During the meet and confer, the parties were unable to resolve any issues in connection with the pending motions. None of the parties have changed their positions on any of these issues since the motions were briefed.

1

| Dated: January 6, 2022 | Respectfully submitted, |
|---|---|
| | By:  /s/ Mitchell D. Brown |

SOUTHERN COALITION FOR SOCIAL JUSTICE
Allison J. Riggs (State Bar No. 40028)
Mitchell D. Brown (State Bar No. 56122)
1415 West Highway 54, Suite 101
Durham, NC 27707
Tel: (919) 323-3380
Fax: (919) 323-3942
allisonriggs@southerncoalition.org
mitchellbrown@scsj.org

SIMPSON THACHER & BARTLETT LLP
Jonathan K. Youngwood (*specially appearing*)
Nihara K. Choudhri (*specially appearing*)
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
jyoungwood@stblaw.com
nchoudhri@stblaw.com

*Counsel for Plaintiffs*


Orlando L. Rodriguez
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Tel: (919) 716-6516
Fax: (919) 716-6761
orodriguez@ncdoj.gov

*Counsel for Proposed Intervenors*

Kathryn H. Shields
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Tel: (919) 716-6879
Fax: (919) 716-6755
kshields@ncdoj.gov

Elizabeth Curran O'Brien
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Tel: (919) 716-0091
Fax: (919) 716-6755
eobrien@ncdoj.gov

*Counsel for the District Attorney Defendants*


Terence Steed
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Tel: (919) 716-6567
Fax: (919) 716-6755
tsteed@ncdoj.gov

Mary Carla Babb
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602-0629
Tel: (919) 716-6573
Fax: (919) 716-6755
mcbabb@ncdoj.gov

*Counsel for the State Board Defendants*

## CERTIFICATE OF SERVICE

    I certify that on the 6th day of January 2022, a copy of the foregoing Joint Status Report was filed with the Court's CM/ECF system which will send notification of such filing to all counsel of record.


Dated: January 6, 2022                                                    /s/ Mitchell D. Brown
                                                                                 Mitchell D. Brown