IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA A. PHILIP )
RANDOLPH INSTITUTE and )
ACTION NC, )
)
       Plaintiffs, )
)
      v. )           1:20CV876
)
THE NORTH CAROLINA STATE )
BOARD OF ELECTIONS, et al., )
)
      Defendants. )

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 14, 2022, was served on the parties in this action. The Proposed Intervenors and DA Defendants filed objections to the Recommendation. (*See* ECF Nos. 62, 63.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that the Proposed Intervenors' Motion to Intervene, (ECF No. 44), is DENIED and the Motion to Dismiss by the forty-two individually named District Attorneys, (ECF No. 46), is DENIED.

This, the 28th day of March 2022.

                   /s/ Loretta C. Biggs
                   United States District Judge