IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:20-cv-00876

| | |
|---|---|
| NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE and ACTION NC,<br><br>Plaintiffs,<br><br>v.<br><br>THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.<br><br>Defendants | **EXHIBIT LIST IN SUPPORT OF DA DEFENDANTS' MOTION TO STAY** |

Exhibit A – Superior Court Final Order

Exhibit B – Legislative Defendants' Notice of Appeal

Exhibit C – Legislative Defendants' Motion for Stay Pending Appeal

Exhibit D – Legislative Defendants' Petition for Writ of Supersedeas and Motion for Temporary Stay

Exhibit E – North Carolina Court of Appeals Order

Exhibit F – NCBOE Response to Petition for Writ of Supersedeas

Exhibit G – Plaintiffs' Response to Petition for Writ of Supersedeas

Exhibit H – Plaintiffs' Bypass Petition

Exhibit I – NCSBOE Response to Plaintiffs' Bypass Petition

Exhibit J – Legislative Defendants' Response to Plaintiffs' Bypass Petition