# EXHIBIT E:

# NORTH CAROLINA COURT OF APPEALS ORDER



# North Carolina Court of Appeals

EUGENE H. SOAR, Clerk

Fax: (919) 831-3615  Court of Appeals Building  Mailing Address:
Web: https://www.nccourts.gov  One West Morgan Street  P. O. Box 2779
Raleigh, NC 27601  Raleigh, NC 27602
(919) 831-3600

From Wake
( 19CVS15941 )

No. P22-153

COMMUNITY SUCCESS INITIATIVE;
JUSTICE SERVED NC, INC.; WASH
AWAY UNEMPLOYMENT; NORTH
CAROLINA STATE CONFERENCE OF
THE NAACP; TIMOTHY LOCKLEAR;
DRAKARIUS JONES; SUSAN
MARION; HENRY HARRISON;
ASHLEY CAHOON; and SHAKITA
NORMAN,
PLAINTIFFS,

V.

TIMOTHY K. MOORE, IN HIS OFFICIAL
CAPACITY AS Speaker OF THE NORTH
CAROLINA HOUSE OF REPRESENTATIVES;
PHILIP E. BERGER, IN HIS OFFICIAL
CAPACITY AS President PRO TEMPORE OF THE
NORTH CAROLINA SENATE; THE NORTH
CAROLINA STATE BOARD OF
ELECTIONS; DAMON CIRCOSTA, IN
HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE
NORTH  CAROLINA STATE BOARD OF ELECTIONS;
STELLA ANDERSON, IN HER OFFICIAL
CAPACITY AS SECRETARY OF THE NORTH
CAROLOINA STATE BOARD OF ELECTIONS;
STACY EGGERS IV, IN HIS OFFICIAL
CAPACITY AS MEMBER OF THE NORTH
CAROLINA STATE BOARD OF ELECTIONSs; JEFF
CARMON, IN HIS OFFICIAL CAPACITY AS
MEMBER OF THE NORTH CAROLINA STATE
BOARD OF ELECTIONS; AND TOMMY
TUCKER, IN HIS OFFICIAL CAPACITY AS
MEMBER OF THE NORTH CAROLINA STATE
BOARD OF ELECTIONS,

DEFENDANTS.
))

## O R D E R

The following order was entered:

The motion for temporary stay and petition for writ of supersedeas filed in this cause by defendants Timothy K. Moore, in his official capacity as Speaker of the North Carolina House of Representatives, and Phillip E. Berger, in his official capacity as President Pro Tempore of the North Carolina Senate, on 1 April 2022 are decided as follows: The motion temporary stay is allowed. The "Final Judgment and Order" entered by a divided three-judge panel of Wake County Superior Court on 28 March 2022 is hereby stayed pending

this Court's ruling on the petition for writ of supersedeas. The North Carolina State Board of Elections shall not order the denial of felon voter registration applications received pursuant to the 'Final Judgment and Order' but shall order such applications to be held and not acted on until further order of this Court. A ruling on the petition for writ of supersedeas will be made after the filing of the response to the petition or the expiration of the time for response if no response is filed.

By order of the Court this the 5th of April 2022.

WITNESS my hand and official seal this the 5th day of April 2022.

Eugene H. Soar
Clerk, North Carolina Court of Appeals

Copy to:
Ms. Nicole J. Moss, Attorney at Law, For Anderson, Stella (as Secretary of State Board of Elections)
Mr. Daryl V. Atkinson, Attorney at Law, For Community Success Initiative
Ms. Caitlin Swain, Attorney at Law, For Community Success Initiative
Ms. Whitley J. Carpenter, Attorney at Law, For Community Success Initiative
Ms. Kathleen F. Roblez, Attorney at Law, For Community Success Initiative
Ms. Ashley Mitchell, Attorney at Law, For Community Success Initiative
Mr. Terence Steed, Assistant Attorney General, For The North Carolina State Board of Elections
Ms. Elisabeth S. Theodore, Attorney at Law, Pro Hac Vice, For Community Success Initiative
Mr. Farbod K. Faraji, Attorney at Law, For Community Success Initiative
Ms. Mary Carla Babb, Special Deputy Attorney General, For The North Carolina State Board of Elections
Mr. R. Stanton Jones, Attorney at Law, Pro Hac Vice, For Community Success Initiative
Hon. Frank Blair Williams, Clerk of Superior Court