IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:20-cv-00876

| | |
|---|---|
| NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE and ACTION NC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al. | ) ) ) ) |
| Defendants | ) ) |

**NOTICE OF ACTION OF STATE APPELLATE COURT**

NOW COME Defendants Asbell, Banks, Locke Bell, Ted Bell, Boone, Bowman Clodfelter, Cook, Crump, Benjamin R. David, Jonathan M. David, Deberry, Delbridge, Dixon, Doyle, Edwards, Evans, Frank, Freeman, Gregson, Hardin, Horner, Kirkman, Lee, Matthews, Merriweather, Miller, Newman, O'Neill, Ramey, Reilly, Robison, Saunders, Scott, Thomas, Vaneekhoven, Waters, Welch, West, Williams, Womble, Woodall, all in their official capacities (hereinafter referred to collectively as the "District Attorney Defendants"), by and through their undersigned counsel, and respectfully notify this Court of an additional ruling in the North Carolina Court of Appeals in *Community Success Initiative v. Moore, et al* (hereinafter "*CSI*").

On April 26, 2022, a panel of the North Carolina Court of Appeals issued an Order, allowing in part the petition for writ of supersedeas, attached as Exhibit K. The ruling keeps in place the September 10, 2021 Order of the North Carolina Supreme Court for the primary elections on May 17, 2022 and any run-off elections on July 26, 2022, but orders Defendant

NC SBOE to implement the March 28, 2022 superior court order for any subsequent elections. Exhibit K.

Respectfully submitted, this the 26th day of April, 2022.

JOSHUA H. STEIN
Attorney General

/s/ Kathryn H. Shields
Kathryn H. Shields
Special Deputy Attorney General
N.C. State Bar No. 43200
Email: kshields@ncdoj.gov

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
Email: eobrien@ncdoj.gov
North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Facsimile: (919) 716-6755
*Counsel for District Attorney Defendants*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **NOTICE OF ACTION OF STATE APPELLATE COURT** using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system.

This the 26th day of April, 2022.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice