IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:20-cv-00876

| | |
|---|---|
| NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE and ACTION NC, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al. <br><br> Defendants | **NOTICE OF ACTION OF NORTH CAROLINA SUPREME COURT** |

NOW COME Defendants Asbell, Banks, Locke Bell, Ted Bell, Boone, Bowman Clodfelter, Cook, Crump, Benjamin R. David, Jonathan M. David, Deberry, Delbridge, Dixon, Doyle, Edwards, Evans, Frank, Freeman, Gregson, Hardin, Horner, Kirkman, Lee, Matthews, Merriweather, Miller, Newman, O'Neill, Ramey, Reilly, Robison, Saunders, Scott, Thomas, Vaneekhoven, Waters, Welch, West, Williams, Womble, Woodall, all in their official capacities (hereinafter referred to collectively as the "District Attorney Defendants"), by and through their undersigned counsel, and respectfully notify this Court of a ruling in the North Carolina Supreme Court in *Community Success Initiative v. Moore, et al* (hereinafter "*CSI*").

On May 6, 2022, the North Carolina Supreme Court granted the *CSI* Plaintiffs' April 4, 2022 petition for discretionary review, bypassing review of the North Carolina Court of Appeals. Exhibit L.

1

Respectfully submitted, this the 9th day of May, 2022.

JOSHUA H. STEIN
Attorney General


/s/ Kathryn H. Shields
Kathryn H. Shields
Special Deputy Attorney General
N.C. State Bar No. 43200
Email: kshields@ncdoj.gov

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
Email: eobrien@ncdoj.gov
North Carolina Dept. of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Facsimile: (919) 716-6755
*Counsel for District Attorney Defendants*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **NOTICE OF ACTION OF NORTH CAROLINA SUPREME COURT** using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system.

This the 9th day of May, 2022.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice