EXHIBIT L:

MAY 6, 2022

NORTH CAROLINA SUPREME COURT

ORDER GRANTING PETITION FOR DISCRETIONARY REVIEW (BYPASS PETITION)

No. 331PA21                                                              TENTH DISTRICT

# Supreme Court of North Carolina

COMMUNITY SUCCESS INITIATIVE; JUSTICE SERVED NC, INC; WASH AWAY UNEMPLOYMENT; NORTH CAROLINA STATE CONFERENCE OF THE NAACP; TIMOTHY LOCKLEAR; DRAKARUS JONES; SUSAN MARION; HENRY HARRISON; ASHLEY CAHOON; and SHAKITA NORMAN

v

TIMOTHY K. MOORE, IN HIS OFFICIAL CAPACITY AS SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES; PHILIP E. BERGER, IN HIS OFFICIAL CAPACITY AS PRESIDENT PRO TEMPORE OF THE NORTH CAROLINA SENATE; THE NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS; STELLA ANDERSON, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS; KENNETH RAYMOND, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS; JEFF CARMON IN HIS OFFICIAL CAPACITY AS MEMBER OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS; and DAVID C. BLACK, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE NORTH CAROLINA STATE BOARD OF ELECTIONS

From N.C. Court of Appeals
( P21-340 P22-153 )
From Wake
( 19CVS15941 )

### O R D E R

Upon consideration of the petition filed by Plaintiffs on the 4th of April 2022 in this matter for discretionary review under G.S. 7A-31 prior to a determination by the North Carolina Court of Appeals, the following order was entered and is hereby certified to the North Carolina Court of Appeals:

"Allowed by order of the Court in conference, this the 4th of May 2022."

                                                             s/ Earls, J.
                                                             For the Court

The following order has been entered on the motion filed on the 4th of April 2022 by Plaintiffs to Suspend Appellate Rules:

"Motion Dismissed as moot by order of the Court in conference, this the 4th of May 2022."

                                                             s/ Earls, J.
                                                            For the Court

The following order has been entered on the motion filed on the 25th of April 2022 by Plaintiffs for Leave to File Reply:

"Motion Dismissed as moot by order of the Court in conference, this the 4th of May 2022."

                                                             s/ Earls, J.

For the Court

Therefore the case is docketed as of the date of this order's certification. Briefs of the respective parties shall be submitted to this Court within the times allowed and in the manner provided by Appellate Rule 15(g)(1).

WITNESS my hand and the seal of the Supreme Court of North Carolina, this the 6th day of May 2022.



Grant E. Buckner
Clerk, Supreme Court of North Carolina

M. C. Hackney
Assistant Clerk, Supreme Court Of North Carolina

Copy to:
North Carolina Court of Appeals
Ms. Nicole J. Moss, Attorney at Law, For Moore, Timothy K., et al - (By Email)
Mr. Nathan A. Huff, Attorney at Law, For Moore, Timothy K., et al - (By Email)
Mr. Daryl V. Atkinson, Attorney at Law, For Community Success Initiative, et al. - (By Email)
Ms. Whitley J. Carpenter, Attorney at Law, For Community Success Initiative, et al. - (By Email)
Ms. Kathleen F. Roblez, Attorney at Law, For Community Success Initiative, et al. - (By Email)
Ms. Ashley Mitchell, Attorney at Law, For Community Success Initiative, et al. - (By Email)
Mr. Terence Steed, Assistant Attorney General, For State Board of Elections - (By Email)
Mr. Stephen D. Feldman, Attorney at Law, For Community Success Initiative, et al. - (By Email)
Mr. Matthew W. Sawchak, Attorney at Law, For Community Success Initiative, et al. - (By Email)
Mr. Adam K. Doerr, Attorney at Law, For Community Success Initiative, et al. - (By Email)
Ms. Caitlin Swain, Attorney at Law, For Community Success Initiative, et al. - (By Email)
Mr. Paul Mason Cox, Special Deputy Attorney General, For State Board of Elections - (By Email)
Mr. Jared M. Butner, Attorney at Law, For Moore, Timothy K., et al - (By Email)
Ms. Kellie Z. Myers, Trial Court Administrator - (By Email)
Mr. David Thompson, Attorney at Law, For Moore, Timothy K., et al - (By Email)
Mr. Peter Patterson, Attorney at Law, For Moore, Timothy K., et al - (By Email)
Mr. Joseph O. Masterman, Attorney at Law, For Moore, Timothy K., et al - (By Email)
Mr. William V. Bergstrom, Attorney at Law, For Moore, Timothy K., et al - (By Email)
Ms. Mary Carla Babb, Special Deputy Attorney General, For State Board of Elections - (By Email)
West Publishing - (By Email)
Lexis-Nexis - (By Email)