IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA A. PHILIP )
RANDOLPH INSTITUTE and )
ACTION NC, )
)
    Plaintiff, )
)
v. ) 1:20CV876
)
THE NORTH CAROLINA STATE )
BOARD OF ELECTIONS, et al., )
)
    Defendants. )

## ORDER APPROVING JOINT RULE 26(f) REPORT

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 76). The Court approves it with the following modification:

- The trial date in this matter shall be determined by the Court.

IT IS FURTHER ORDERED that the parties shall not anticipate an extension of the overall discovery deadline nor the deadline for filing dispositive motions.

                /s/ Joe L. Webster
                Joe L. Webster
                United States Magistrate Judge

Date: November 9, 2022