# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA A. PHILIP
RANDOLPH INSTITUTE, ET AL
        v.
THE NORTH CAROLINA STATE
BOARD OF ELECTIONS, ET AL

Case Number: 1:20CV876

## *NOTICE*

      **TAKE NOTICE** that a **BENCH TRIAL** has been tentatively **SET** in the above-referenced case for the **April 1, 2024 CALENDAR TERM**. Said term shall begin on **April 1, 2024** and will continue until all the cases on the calendar have been tried. **Cases will not necessarily be called trial in the order in which they will appear on the calendar.**

| | |
|---|---|
| PLACE: | **Hiram H. Ward Federal Building 251 N. Main Street, Winston-Salem, North Carolina** |
| | **Courtroom No. 4** |
| DATE & TIME: | **April 1, 2024 at 9:30 a.m.** |
| PROCEEDING: | **Bench Trial** |

***Counsel will be notified of a date certain for trial closer to the start of the term**.

      A settlement conference in the above-referenced case will be set for a date at least two weeks before the commencement of the Calendar term. Counsel are directed to bring their clients and a representative from the corporations to the settlement conference.

      The parties shall comply in all respects with Fed. R. Civ. P. 26(a)(3) regarding final pretrial disclosure, including the time requirements set out therein. **Unless the court orders otherwise, pretrial disclosures must be made no later than March 1, 2024. Motions in limine must be filed no later than March 8, 2024. Any objections to pretrial disclosures and responses to motions in limine must be served and promptly filed no later than March 15, 2024.**

      **Each party shall file a trial brief, along with proposed findings of fact and conclusions of law no later than March 11, 2024.** An electronic Word version of the findings of fact and conclusions of law shall be emailed to the assigned district judge's ECF mailbox.

John S. Brubaker, Clerk

By:    /s/ Debbie Blay

Date:   June 20, 2023

TO:    ALL COUNSEL AND/OR PARTIES OF RECORD