UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:20-cv-876-LCB-JLW

| | |
|---|---|
| NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE, and ACTION, NC, <br><br> Plaintiffs, <br><br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS; et al., <br><br> Defendants. | **NOTICE OF LEGISLATIVE ACTION** |

**NOW COME** State Board Defendants, through undersigned counsel, to notify the Court of the following legislative action:

1. On October 10, 2023, following a veto by the Governor of North Carolina, the North Carolina General Assembly voted to override the Governor's veto and enacted Senate Bill 747. *See* Senate Bill 747 / SL 2023-140, https://www.ncleg.gov/BillLookUp/2023/S747, last visited October 18, 2023.

2. Section 38 of Senate Bill 747 amends N.C.G.S. § 163-275(5) as follows:

> **SECTION 38.** G.S. 163-275(a)(5) reads as rewritten:
> "(5) For any person convicted of a crime which excludes the person from the right of suffrage, to vote ~~at~~ in any primary or election ~~without having been restored to~~ knowing the right of citizenship has not been restored in due course and by the method provided by law."

A copy of page 34 of Senate Bill 747, containing Section 38, is attached hereto as **Exhibit A**.

1

3. A copy of Senate Bill 747 in its entirety is available here: https://www.ncleg.gov/Sessions/2023/Bills/Senate/PDF/S747v6.pdf, last visited October 18, 2023.

Respectfully submitted this the 18th day of October 2023.

JOSHUA H. STEIN
Attorney General

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
E-Mail: tsteed@ncdoj.gov

Mary Carla Babb
Special Deputy Attorney General
State Bar No. 25731
mcbabb@ncdoj.gov

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6567
Facsimile: (919) 716-6763

*Counsel for State Board Defendants*