# Exhibit A

(2) For any person to impersonate a chief judge, judge of election, or other precinct official while in the discharge of duties in the registration of voters or in conducting any primary or election.
(3) For any person other than the State Board or a county board of elections, or any employee of the State Board or a county board of elections, to affix or print any identifier for the purpose of tracking the form on any absentee ballot request form."

**SECTION 37.(b)** This section becomes effective December 1, 2023, and applies to offenses committed on or after that date.

**SECTION 38.** G.S. 163-275(a)(5) reads as rewritten:
"(5) For any person convicted of a crime which excludes the person from the right of suffrage, to vote ~~at~~ in any primary or election ~~without having been restored to~~ knowing the right of citizenship has not been restored in due course and by the method provided by law."

**SECTION 39.(a)** G.S. 163-278 reads as rewritten:
"**§ 163-278. Duty of investigating and prosecuting violations of this Article.**
(a) It shall be the duty of the State Board ~~of Elections~~ and the district attorneys to investigate any violations of this Article, and the State Board and district attorneys are authorized and empowered to subpoena and compel the attendance of any person before them for the purpose of making such investigation.
(b) The State Board and the district attorneys are authorized to call upon the Director of the State Bureau of Investigation to furnish assistance by the State Bureau of Investigation in making the investigations of such violations. The State Board and county boards of elections shall cooperate with the State Bureau of Investigation at all times in such investigations and shall provide any information requested by the State Bureau of Investigation.
(c) The State Board shall furnish the district attorney a copy of ~~its investigation.~~ any investigations of violations of this Article. The district attorney shall initiate prosecution and prosecute any violations of this Article.
(d) The provisions of G.S. 163-278.28 shall be applicable to violations of this Article."

**SECTION 39.(b)** G.S. 163-22(d) reads as rewritten:
"(d) The State Board ~~of Elections~~ shall investigate when necessary or advisable, the administration of election laws, frauds and irregularities in elections in any county and municipality and special district, and shall report violations of the election laws to the ~~Attorney General or district attorney or prosecutor of the district~~ State Bureau of Investigation for further investigation and prosecution."

**SECTION 39.(c)** G.S. 143B-919 reads as rewritten:
"**§ 143B-919. Investigations of lynchings, election frauds, etc.; services subject to call of Governor; witness fees and mileage for employees.**
(a) The Bureau shall, upon request of the Governor, investigate and prepare evidence in the event of any lynching or mob violence in the ~~State; shall investigate all cases arising from frauds in connection with elections when requested to do so by the Board of Elections,~~ State and when so directed by the Governor. Such investigation, however, shall in nowise interfere with the power of the Attorney General to make such investigation as the Attorney General is authorized to make under the laws of the State. The Bureau is authorized further, at the request of the Governor, to investigate cases of frauds arising under the Social Security Laws of the State, of violations of the gaming laws, and lottery laws, and matters of similar kind when called upon by the Governor so to do. In all such cases it shall be the duty of the Department to keep such records as may be necessary and to prepare evidence in the cases investigated, for the use of enforcement officers and for the trial of causes. The services of employees of the Bureau may be required by the Governor in connection with the investigation of any crime committed anywhere in the State when called upon by the enforcement officers of the State, and when, in the judgment