# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE et al, | ) ) ) | |
| Plaintiffs, | ) ) | 1:20CV876 |
| v. | ) ) | |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al, | ) ) ) | |
| Defendants. | ) | |

# NOTICE OF HEARING
=============

**TAKE NOTICE** that a proceeding in this case has been **set** as indicated below:

PLACE: **Hiram H. Ward Bldg., 251 N. Main St., Winston-Salem, NC, Courtroom No. 4**

DATE & TIME: **February 28, 2024 – 10:00 a.m.**

PROCEEDING: **Oral Argument on Magistrate Judge's Memorandum Opinion and Recommendation**

---

John S. Brubaker, Clerk

By: /s/ Debbie Blay, Case Manager

Date: February 13, 2024

TO: ALL COUNSEL AND/OR PARTIES OF RECORD