UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF NORTH CAROLINA

**TRIAL CALENDAR**

HONORABLE LORETTA C. BIGGS, UNITED STATES DISTRICT JUDGE

**April 1, 2024**
9:30 a.m.

## NOTICE TO COUNSEL

Said term will begin on **April 1, 2024**. **Counsel in all cases shall be prepared to appear at any time during the April Calendar term when notified to do so by the Court.** Any case in which a jury is selected shall be prepared to commence on 24-hours notice.

A settlement conference will ordinarily be set in each case before commencement of the Calendar term. Counsel are directed to bring their clients, representatives from the corporations and others with needed settlement authority to the settlement conference.

Jury selection for **Judge Biggs** will take place in **Courtroom No. 4, 251 N. Main St., Winston-Salem, N.C.** Counsel shall remain in contact with Judge Biggs' case manager as to the position of their case(s) on the trial list.

If you are contemplating using either the District Court's or your own Digital Evidence Presentation System, please visit the Court Technology section at our website, www.ncmd.uscourts.gov. If counsel choose to use their own system, they are to contact opposing counsel and Judge Biggs' case manager at least one week prior to commencement of the trial.

| | |
|---|---|
| 1:20CV281 | NATALIE ALPHONSE SULLIVAN v. WAKE FOREST BAPTIST MEDICAL CENTER, et al |
| | **JURY: EMPLOYMENT DISCRIMINATION** |
| | Plaintiff:     Allison C. Tomberlin |
| | Defendant:    John E. Pueschel |
| |                    Gemma L. Saluta |
| |                    Gerard M. Clodomir |
| | ETT:           4-5 days |
| | |
| 1:20CV876 | NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE et al v. THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al |
| | **BENCH: 1983 CIVIL RIGHTS ACT** |
| | Plaintiff:     David Elbaum |
| |                    Jacob Lundqvist |
| |                    Jacob H. Sussman |
| |                    Jeffrey Loperfido |
| |                    Jonathan K. Youngwood |
| |                    Mitchell D. Brown |
| |                    Nihara K. Choudhri |
| | Defendant:    Terence P. Steed |
| |                    Mary C. Babb |
| |                    Elizabeth C. O'Brien |
| |                    Orlando L. Rodriguez |
| | ETT:           5 days |
| | |
| 1:20CV1050 | PATRICK C. MCCARTER v. UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL et al |
| | **JURY: CIVIL RIGHTS VIOLATION** |
| | Plaintiff:     Neubia L. Harris |
| | Defendant:    Kari R. Johnson |
| |                    Jeremy David Lindsley |
| | ETT:           7 days |
| | |
| 1:21CV506 | TIFFANY WADE v. JMJ ENTERPRISES, LLC et al |
| | **JURY: FAIR LABOR STANDARDS ACT** |
| | Plaintiff:     L. Michelle Gessner |
| | Defendant:    Angela N. Gray |
| | ETT:           3-4 days |

| | |
|---|---|
| 1:21CV921 | MARSHALL E. PIKE v. DEMPSTER INDUSTRIES INC. et al |

**JURY: DIVERSITY – ASBESTOS LITIGATION**

Plaintiff: Charles W. Branham
David C. Humen
William M. Graham
Defendant: Timothy Peck
Joshua H. Bennett
Keith E. Coltrain
Amy C. Drayton
ETT: 10 days

| | |
|---|---|
| 1:22CV404 | THE TRAVELERS INDEMNITY COMPANY v. AMERICAN ALTERNATIVE INSURANCE CORPORATION |

**BENCH TRIAL: DECLARATORY JUDGMENT**

Plaintiff: Mark A. Michael
Defendant: Kevin G. Williams
J. Matthew Little
William A. Bulfer
ETT: 3 days

| | |
|---|---|
| 1:22CV605 | JEFFREY TAKEMAN, M. D. v. UNUM LIFE INSURANCE COMPANY OF AMERICA |

**BENCH TRIAL: E.R.I.S.A. – EMPLOYEE BENFITS**

Plaintiff: Charles M. Sasser
Rachel C. Matesic
Defendant: Caitlin T. Augerson
Genna L. Saluta
Nikole M. Crow
ETT: 1-2 days