# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA A. PHILIP ) <br> RANDOLPH INSTITUTE et al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE NORTH CAROLINA STATE ) <br> BOARD OF ELECTIONS, et al, ) <br> ) <br> Defendants. ) | 1:20CV876 |

# NOTICE OF RESCHEDULING HEARING
============

**TAKE NOTICE** that a proceeding in this case has been **reset** as indicated below:

DATE & TIME: **February 29, 2024 – 02:30 p.m. via video conference**
PROCEEDING: **Oral Argument on Magistrate Judge's Memorandum Opinion and Recommendation**

---

John S. Brubaker, Clerk

By: /s/ Debbie Blay, Case Manager

Date: February 26, 2024

TO: ALL COUNSEL AND/OR PARTIES OF RECORD