# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE et al, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:20CV876 |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS et al | ) ) ) | |
| Defendants. | ) | |

# NOTICE OF RESCHEDULING HEARING
=============

**TAKE NOTICE** that a proceeding in this case has been **RESET** as indicated below:

DATE & TIME: **March 7, 2024 – 10:00 a.m. via video conference**
PROCEEDING: **Oral Argument on Magistrate Judge's Memorandum Opinion and Recommendation**

---

John S. Brubaker, Clerk

By: /s/ Debbie Blay, Deputy Clerk

Date: February 28, 2024

TO: ALL COUNSEL AND/OR PARTIES OF RECORD