# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA A. PHILIP
RANDOLPH INSTITUTE, et al,
    v.                                  Case Number: 1:20CV876
THE NORTH CAROLINA STATE
BOARD OF ELECTIONS, et al

## NOTICE
===============

**TAKE NOTICE** that a **BENCH TRIAL** has been **SET** in the above-referenced case:

| | |
|---|---|
| PLACE: | **Hiram H. Ward Federal Building** |
| | **251 N. Main Street, Winston-Salem, North Carolina** |
| | **Courtroom No. 4** |
| DATE & TIME: | **April 22, 2024 – 9:30 a.m.** |
| PROCEEDING: | **Bench Trial** |

---

John S. Brubaker, Clerk

By:    Debbie Blay, Deputy Clerk
Date:  March 28, 2024

TO:    ALL COUNSEL OF RECORD