IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE and ACTION NC, | ) ) ) ) | |
| Plaintiffs, | ) ) | 1:20CV876 |
| v. | ) ) ) | |
| THE NORTH CAROLINA STATE BOARD OF ELECTIONS, *et al.*, | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in a Memorandum Opinion and Order filed in this matter on April 22, 202,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs' Motion for Summary Judgment, (ECF No. 85), is **GRANTED**. Judgment is hereby entered in favor of Plaintiffs and against Defendants on Counts I and II of the Amended Complaint. This Court hereby declares that the Challenged Statute violates the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution.

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendants and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them, are **HEREBY ENJOINED AND RESTRAINED** from enforcing the Challenged Statute.

This, the 30th day of April 2024.

/s/ Loretta C. Biggs
United States District Judge