UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE, and ACTION, NC, <br><br> Plaintiffs, <br> v. <br><br> THE NORTH CAROLINA STATE BOARD OF ELECTIONS; et al., <br><br> Defendants. | No. 1:20-cv-876-LCB-JLW |

## NOTICE OF APPEAL

Notice is hereby given that all defendants appeal to the United States Court of Appeals for the Fourth Circuit from the April 30, 2024 final judgment (DE 123) entered in the above captioned case, and from any and all other orders and decisions that merge therein.

Respectfully submitted this, the 30th day of May 2024.

JOSHUA H. STEIN
Attorney General

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
eobrien@ncdoj.gov
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-0091
Facsimile: 919-716-6755
*Counsel for District Attorney Defendants*

1

/s/ Terence Steed
Terence Steed
Special Deputy Attorney General
N.C. State Bar No. 52809
tsteed@ncdoj.gov

Mary Carla Babb
Special Deputy Attorney General
State Bar No. 25731
mcbabb@ncdoj.gov

N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602
Telephone: (919) 716-6567
Facsimile: (919) 716-6763
*Counsel for State Board Defendants*

2

## CERTIFICATE OF SERVICE

       This is to certify that the undersigned has this day electronically filed the foregoing **NOTICE OF APPEAL** using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system.

       This the 30th day of May, 2024.

                                        /s/ Elizabeth Curran O'Brien
                                        Elizabeth Curran O'Brien
                                        Special Deputy Attorney General
                                        N.C. Department of Justice