FILED: February 26, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1512
(1:20-cv-00876-LCB-JLW)

_____

NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE; ACTION NC

      Plaintiffs - Appellees

v.

NORTH CAROLINA STATE BOARD OF ELECTIONS; DAMON CIRCOSTA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; STELLA ANDERSON, in her official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; JEFF CARMON, III, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; KAREN BRINSON BELL, in her official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; STACY "FOUR" EGGERS, IV, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; TOMMY TUCKER, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; JEFF CRUDEN, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 1; THOMAS D. ANGLIM, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 2; KIM SCOTT, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 7; JEFF MARSIGLI, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 8; FARIS DIXON, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 3; MATTHEW DELBRIDGE, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 9; SCOTT THOMAS, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 4; NANCY LORRIN FREEMAN, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 10; ERNEST LEE, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 5; MICHAEL WATERS, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 11; JASON

SMITH, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 6; SUZANNE MATTHEWS, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 12; SUSAN DOYLE, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 13; MATTHEW C. SCOTT, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 20; WILLIAM R. WEST, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 14; JAMIE ADAMS, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 21; JONATHAN M. DAVID, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 15; KATY GREGG, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 22; SATANA DEBERRY, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 16; TIM WATSON, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 23; SEAN BOONE, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 17; AVERY CRUMP, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 24; JEFFERY NIEMAN, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 18; ASHLIE SHANLEY, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 25; SPENCER MERRIWEATHER, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 26; SARAH M. KIRKMAN, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 32; BRANDY COOK, in her official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 27; GARRY W. FRANK, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 33; T. LYNN CLODFELTER, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 28; TOM E. HORNER, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 34; MICHAEL K. HARDIN, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 29; ROBERT S. BANKS, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 35; TREY ROBISON, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 30; SCOTT REILLY, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 36; JAMES R. O'NEILL, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 31; ANDREW M. GREGSON, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 37; TRAVIS PAGE, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 38; ASHLEY HORNSBY WELCH, in her

official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 43; MICHAEL W. MILLER, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 39; TODD M. WILLIAMS, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 40; TED BELL, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 41; ANDREW MURRAY, in his official capacity as DISTRICT ATTORNEY FOR PROSECUTORIAL DISTRICT 42

     Defendants - Appellants

O R D E R

The court grants Mary Carla Babb's motion to withdraw from further representation on appeal.

     For the Court--By Direction

     /s/ Nwamaka Anowi, Clerk