# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NORTH CAROLINA A. PHILIP RANDOLPH INSTITUTE and ACTION NC,

    *Plaintiffs,*

      v.

THE NORTH CAROLINA STATE BOARD OF ELECTIONS, et al.,

    *Defendants.*

Civil Action No.
1:20-cv-00876

## NOTICE OF SETTLEMENT

NOW COME THE PARTIES, by and through their respective undersigned counsel, and file this Notice of Settlement of Plaintiffs' demand for attorneys' fees and costs.

1. Plaintiffs' deadline to file their motion for attorneys' fees and costs is April 8, 2026. *See* ECF 140; 3/9/2026 Text Order.

2. Pursuant to a settlement agreement executed on March 19, 2026, Plaintiffs' demand for attorneys' fees and costs related to the current litigation has been resolved.

3. The Parties are not aware of any further, pending issues or motions before the Court.

1

Dated: March 19, 2026

JEFF JACKSON
Attorney General

By: ___ /s/ *Elizabeth Curran O'Brien*
Elizabeth Curran O'Brien
(State Bar No. 28885)
Special Deputy Attorney General
N.C. Department of Justice
PO Box 629
Raleigh, NC 27602
Tel: (919) 716-0091
Fax: 919-716-6755
eobrien@ncdoj.gov

*Counsel for District Attorney Defendants*

By: ___ /s/ *Mary L. Lucasse*
Mary L. Lucasse
(State Bar No. 39153)
Special Deputy Attorney General
N.C. Department of Justice
PO Box 629
Raleigh, NC 27602
Tel: (919) 716-6567
Fax: (919) 716-6763
mlucasse@ncdoj.gov

*Counsel for the State Board Defendants*

SOUTHERN COALITION FOR
SOCIAL JUSTICE

By: ___ /s/ *Jacob H. Sussman*
Jacob H. Sussman (State Bar No. 31821)
Jeffrey Loperfido (State Bar No. 52939)
Mitchell D. Brown (State Bar No. 56122)
PO Box 51280
Durham, NC 27717
Tel: (919) 323-3380
Fax: (919) 323-3942
jsussman@scsj.org
jeffloperfido@scsj.org
mitchellbrown@scsj.org

SIMPSON THACHER & BARTLETT
LLP
Jonathan K. Youngwood (*specially appearing*)
David Elbaum (*specially appearing*)
Nihara K. Choudhri (*specially appearing*)
Jacob Lundqvist (*specially appearing*)
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-2000
Fax: (212) 455-2502
jyoungwood@stblaw.com
delbaum@stblaw.com
nchoudhri@stblaw.com
jacob.lundqvist@stblaw.com

*Attorneys for Plaintiffs*

2